UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23356-GAYLES/Reid

**CHARLES LOWMAN, an individual,**

    Plaintiff,

vs.

**UNIVERSITY OF MIAMI, a Florida Not For Profit Corporation, and COLEEN ATKINS, an individual,**

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Charles Lowman, and Defendants, University of Miami and Coleen Atkins, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each Party shall bear its own attorneys' fees and costs.

Respectfully submitted this 26th day of June, 2025,

| | |
|---|---|
| **Reid Levin, PLLC**<br>P.O. Box 880682<br>Boca Raton, Florida 33488<br>Tel.: (561) 866-6089<br><br>By: /s/ Reid Levin<br>    Reid Levin<br>    Florida Bar No. 1038933<br>    reid@reidlevinpllc.com<br>    Leylany E. Rodriguez<br>    Florida Bar No. 1058293<br>    leylany@reidlevinpllc.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 0092166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendants* |